517, 518. FORD, administrator, *v.* ROUNTREE, executor, and *vice*

*versa.*

HILL, C. J.  The evidence showing a good title to the land, by prescription, in those from whom the defendant derived his right under lease· to cut and remove the timber, the verdict for the defendant was demanded.

*Judgment, on main bill of exceptions, affirmed; cross-bill dismissed.*

Action for trespass, from city court of Quitman—Judge Bennet.  April 12, 1907.

Submitted October 21,—Decided November 25, 1907.

*W. C. McCall, M. Baum,* for plaintiff.

*J. W. Edmondson, Stanley S. Bennet,* for defendant.